**UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

PRECISION STAMPING COMPANY, INC.,
a Michigan Corporation,

        Plaintiff,                    Case No. 06-11233

vs.                                            Hon. Robert H. Cleland

DESIGNED METAL PRODUCTS, INC., an      Magistrate Judge R. Steven Whalen
Ohio Corporation, BRIAN W. BACIN, an
individual citizen of Ohio, and RAYMOND
R. MONG, an individual citizen of Ohio.

        Defendants.

Stephen C. Borgsdorf (P67669)
Theresa G. Carroll (P60644)
Attorneys for Precision Stamping Company
DYKEMA GOSSETT PLLC
2723 South State Street, Suite 400
Ann Arbor, MI 48104
(734) 214-7663

**ORDER AMENDING CAPTION**

        This matter having come before the Court pursuant to Plaintiff's Motion to Amend the Caption, it is hereby ordered that the caption shall be changed to reflect the current defendants in this lawsuit, DMP Mfg., Inc. d/b/a Designed Metal Products, and Brian W. Bacin, and to remove as defendants Designed Metal Products, Inc. and Raymond R. Mong.

        IT IS SO ORDERED:

                                                          s/Robert H. Cleland
                                                          Hon. Robert H. Cleland

Prepared by:

<u>s/Stephen C. Borgsdorf</u>
Stephen C. Borgsdorf (P67669)
DYKEMA GOSSETT PLLC
2723 S. State Street, Ste 400
Ann Arbor, Michigan 48104
(734) 214-7660
<u>sborgsdorf@dykema.com</u>